# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> c/o U.S. Dep't of Justice ) <br> 20 Massachusetts Avenue, NW ) <br> Washington, DC 20001 ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> TRACY HANNAH ) <br> 5525 East Lincoln Drive ) <br> Paradise Valley, AZ 85253 ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. _____ |

## COMPLAINT

The United States of America, by its undersigned attorneys, brings this action for civil penalties, and for its complaint alleges as follows:

### JURISDICTION AND VENUE

1. This action arises under the Ethics in Government Act, 5 U.S.C. App. 4, § 101, *et seq.* ("the Act").

2. This Court has jurisdiction over the subject matter of this action pursuant to 5 U.S.C. App. 4, § 104(a) and 28 U.S.C. §§ 1331 and 1345.

3. Venue lies in this district pursuant to 5 U.S.C. App. 4, § 104(a) and 28 U.S.C. § 1391(b).

### PARTIES

4. The plaintiff is the United States of America.

5. The defendant, Tracy Hannah, is a former employee of the Department of

Homeland Security ("DHS"), who terminated her employment with the DHS on March 30, 2012.

## STATUTORY REQUIREMENTS

6. The Act establishes financial disclosure requirements for certain employees and appointed and elected officials of the Executive Branch of the government of the United States. The government officials and employees who are subject to the Act's reporting requirements are enumerated in 5 U.S.C. App. 4, § 101. Pursuant to that section, every covered official and employee must file a financial disclosure statement within thirty days after leaving the position.

7. Individuals subject to the Act's reporting requirements are required to report, among other things, the following:

> The source, type, and amount or value of income (other than income referred to in subparagraph (B)) from any source (other than from current employment by the United States Government) and the source, date, and amount of honoraria from any source, received during the preceding calendar year, aggregating $200 or more in value . . . .

5 U.S.C. App. 4, § 102(a)(1)(A).

8. The Act authorizes the Attorney General to bring a civil action against any individual who knowingly and willfully falsifies or who knowingly and willfully fails to file or report any information required to be reported pursuant to the Act. 5 U.S.C. App. 4, § 104(a).

9. The Act provides that the court in which such action is brought may assess a civil penalty against such individual in any amount, not to exceed $50,000. 5 U.S.C. App. 4, § 104(a).

## MS. HANNAH'S WILLFUL VIOLATION OF THE ACT

10. Ms. Hannah is subject to the Act's public financial disclosure reporting requirements because, as counselor to the Director for Counter-Narcotics Enforcement at DHS, Ms. Hannah occupied a position in the executive branch that is excepted from the competitive service by reason of being of a confidential or policymaking character, and the Office of

Government Ethics has not, by regulation, excluded her from the reporting requirements. *See* 5 U.S.C. app. 4, § 101(f)(5); 5 C.F.R. § 2634.202(e); 5 C.F.R. § 2634.203.

11. Ms. Hannah terminated her employment with DHS on March 30, 2012.

12. Ms. Hannah was obligated to file a financial disclosure report within thirty days of terminating her employment with DHS. 5 U.S.C. App. 4, §101(e).

13. Prior to her termination, March 19, 2012, Ms. Hannah was notified via email of her obligation to file a termination financial disclosure report no later than thirty days after termination of her employment with DHS.

14. On May 22, 2012, Ms. Hannah confirmed via email that she would file a termination financial disclosure report.

15. On or about October 26, 2012, Ms. Hannah was informed via certified mail that her termination financial disclosure report had not been received.

16. Ms. Hannah failed to file a termination financial disclosure report within thirty days of the date of termination of her employment.

17. To date, Ms. Hannah has not filed the required termination financial disclosure report.

## COUNT I

18. Plaintiff reincorporates the allegations of Paragraphs 1 through 17 above as if fully set forth herein.

19. Ms. Hannah violated the Ethics in Government Act, 5 U.S.C. App. 4, § 104, by knowingly and willfully failing to file her termination financial disclosure report within the time required by the Act.

## RELIEF REQUESTED

WHEREFORE, the plaintiff, the United States of America, prays that this Court enter judgment against the defendant, Tracy Hannah, as follows:

A.    Assess a civil penalty under Count I of up to $50,000; and

B.    Grant the plaintiff such further relief as the Court may deem just and equitable, including the plaintiff's costs.

Respectfully submitted this 1st day of April, 2014,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director
Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS (VA Bar No. 83212)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7108
Washington, D.C. 20001
Telephone: (202) 514-3367
Facsimile: (202) 616-8470
Email: bradley.p.humphreys@usdoj.gov

*Attorneys for Plaintiff*